~~SECRET~~

*Unsealed 3/13/08 per order*
*ay*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury '08 CR 0682 — JLS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>MARISELA CASTRO-JUAREZ (1),<br>MARISA MELENA MAFNAS (2),<br>DAVID MONTES (3),<br>JULIE HERNANDEZ (4),<br>RANDAL MARK PANTER (5),<br>LORENZO PECORARO (6),<br>JOSE PARADA-VELAZQUEZ (7),<br>JOHN WALTER SCHUH (8),<br><br>            Defendants. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 371;<br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Conspiracy to Bring in Illegal<br>Aliens for Financial Gain;<br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(I) - Conspiracy to Transport<br>Illegal Aliens; Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Bringing in Illegal Aliens for<br>Financial Gain; Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting; Title 18, U.S.C.,<br>Sec. 1957 - Engaging in Monetary<br>Transactions in Property Derived<br>from Unlawful Activity; Title 18,<br>U.S.C., Sec. 1956(a)(1)(B)(ii) -<br>Laundering of Monetary<br>Instruments; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting;<br>Title 18, U.S.C., Sec. 982 -<br>Criminal Forfeiture |

//

//

//

SFM:nlv(1):San Diego
3/7/08

1    The grand jury charges:

2                              Count 1

3        Beginning at a date unknown to the grand jury and continuing up

4    to and including August 1, 2007, within the Southern District of

5    California, and elsewhere, defendants MARISELA CASTRO-JUAREZ, MARISA

6    MELENA MAFNAS, DAVID MONTES, JULIE HERNANDEZ, RANDAL MARK PANTER,

7    LORENZO PECORARO, JOSE PARADA-VELAZQUEZ, and JOHN WALTER SCHUH, with

8    the intent to violate the immigration laws of the United States, did

9    knowingly and intentionally conspire together and with each other and

10   with other persons known and unknown to the grand jury, to commit

11   offenses against the United States, namely:

12                     OBJECTS OF THE CONSPIRACY

13       1.    To bring to the United States, aliens, knowing that the

14   persons were aliens, at a place other than a designated port of entry,

15   and at a place other than designated by the Commissioner of the

16   Immigration and Naturalization Service, with the intent to violate the

17   immigration laws of the United States, in violation of Title 8, United

18   States Code, Section 1324(a)(1)(A)(i).

19       2.    To bring illegal aliens into the United States for the

20   purpose of commercial advantage and private financial gain; in

21   violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

22       3.    To transport and move illegal aliens within the United

23   States, knowing that such aliens had come to, entered, and remained

24   in the United States in violation of law, and with the intent to

25   violate the immigration laws of the United States, in violation of

26   Title 8, United States Code, Section 1324(a)(1)(A)(ii).

27       4.    To conceal, harbor, and shield from detection, illegal

28   aliens, knowing that such aliens had come to, entered, and remained

                                    2

in the United States in violation of law, and with the intent to violate the immigration laws of the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

<u>OVERT ACTS</u>

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed within the Southern District of California, and elsewhere:

1. On or about October 24, 2001, defendant MARISELA CASTRO-JUAREZ drove a Saturn station wagon from Mexico into the United States at the San Ysidro, California, Port of Entry carrying an undocumented alien concealed in a modified dashboard compartment.

2. On or about June 13, 2002, defendant JOHN WALTER SCHUH drove a Dodge Minivan that was registered to defendant MARISA MELENA MAFNAS to an area approximately 9 miles east of the Tecate, California, Port of Entry carrying eight undocumented aliens concealed in the trunk.

3. On or about March 20, 2002, defendant MARISELA CASTRO-JUAREZ drove a Volkswagon Jetta on State Route 94 near Potrero, California, and placed a phone call to Jeri Stephenson (not charged herein) instructing Stephenson to "just drive eastbound" in a 2002 Dodge Caravan that contained four undocumented aliens.

4. On or about January 9, 2004, defendant LORENZO PECORARO rode as a passenger in a Ford Probe driven from Mexico into the United States at the Otay Mesa, California, Port of Entry carrying one undocumented alien concealed in a modified dashboard compartment.

3

5. On or about March 25, 2004, defendant JOHN WALTER SCHUH drove a Dodge Avenger from Mexico into the United States at the San Ysidro, California, Port of Entry carrying three undocumented aliens concealed in the trunk.

6. On or about May 7, 2004, defendant LORENZO PECORARO drove a BMW 325 from Mexico into the United States at the San Ysidro, California, Port of Entry carrying three undocumented aliens concealed in the trunk of the vehicle.

7. On or about November 30, 2004, defendant MARISELA CASTRO-JUAREZ drove a blue Volvo from Mexico into the United States through the San Ysidro, California, Port of Entry, picked up Juan Apolinar-Juarez (charged elsewhere) and drove to a Burger King restaurant at the intersection of Dairy Mart Road and West San Ysidro Boulevard, where Apolinar-Juarez got out of the Volvo, walked over to a nearby hotel, and got into the passenger side of a white Pontiac occupied by Antolin Elias (charged elsewhere) and three undocumented aliens in the back seat.

8. On or about September 14, 2005, defendant MARISA MELENA MAFNAS drove a Mazda MX-6 from Mexico into the United States at the San Ysidro, California, Port of Entry carrying one undocumented alien concealed in a modified dashboard compartment.

9. On or about September 16, 2005, Yesenia Garcia-Reyna (charged elsewhere) drove a Volkswagon Beetle from Mexico into the United States at the San Ysidro, California, Port of Entry carrying three undocumented aliens in the passenger compartment.

4

10. On or about October 3, 2005, Yesenia Garcia-Reyna drove a Hyundai Elantra from Mexico into the United States at the San Ysidro, California, Port of Entry carrying one undocumented alien in the passenger compartment.

11. On or about October 5, 2005, Yesenia Garcia-Reyna drove a Hyundai 300CD from Mexico into the United States at the San Ysidro, California, Port of Entry carrying one undocumented alien in the passenger compartment.

12. On or about November 6, 2005, defendant JOHN WALTER SCHUH drove a Chevrolet Impala from Mexico into the United States at the San Ysidro, California, Port of Entry carrying four undocumented aliens concealed in the trunk.

13. On or about November 6, 2005, defendant JULIE HERNANDEZ rode as a passenger in a Geo Metro driven from Mexico into the United States at the San Ysidro, California, Port of Entry carrying one undocumented alien concealed in a modified dashboard compartment.

14. On or about November 12, 2005, defendant JULIE HERNANDEZ drove a 1993 Chevrolet Geo from Mexico into the United States at the Otay Mesa, California, Port of Entry carrying one undocumented alien concealed in a modified dashboard compartment.

15. On or about November 22, 2005, Yesenia Garcia-Reyna drove a Ford Escort from Mexico into the United States at the San Ysidro, California, Port of Entry carrying one undocumented alien in the passenger compartment.

16. On or about December 13, 2005, defendant JULIE HERNANDEZ drove a Mitsubishi Galant from Mexico into the United

5

States at the San Ysidro, California, Port of Entry carrying one undocumented alien concealed in a modified dashboard compartment.

17. On or about On January 5, 2006, Reynalda Gonzalez (charged elsewhere) drove and Amber Ann Varao (charged elsewhere) rode as a passenger in a Ford Aspire from Mexico into the United States at the San Ysidro, California, Port of Entry carrying one undocumented alien concealed under the driver's seat.

18. On or about January 10, 2006, Wesley Dean Hardesty (charged elsewhere) drove and Amber Ann Varao rode as a passenger in a Geo Storm from Mexico into the United States at the San Ysidro, California, Port of Entry carrying one undocumented alien in the passenger compartment.

19. On or about January 17, 2006, Wesley Dean Hardesty drove a Chevrolet Cavalier from Mexico into the United States at the San Ysidro, California, Port of Entry carrying one undocumented alien concealed in the side floorboard.

20. On or about January 24, 2006, Wesley Dean Hardesty rode as a passenger along Highway 188 in a Hyundai Elantra that was registered to defendant JOSE PARADA-VELAZQUEZ, with a stated address of defendant MARISELA CASTRO-JUAREZ's home at 1514 Amador Street in Chula Vista, California, that contained two undocumented aliens in the passenger compartment.

21. On or about January 31, 2006, Yesenia Garcia-Reyna drove and Lizbeth Flores (charged elsewhere) rode as a passenger in a Daewoo Lanos from Mexico into the United States at the

San Ysidro, California, Port of Entry carrying one undocumented alien concealed in a modified dashboard compartment.

22. On or about February 1, 2006, Wesley Dean Hardesty drove a Pontiac Grand Am from Mexico into the United States at the San Ysidro, California, Port of Entry carrying three undocumented aliens concealed in the trunk.

23. On or about March 6, 2006, defendant MARISELA CASTRO-JUAREZ rented a Dodge Caravan.

24. On or about March 12, 2006, defendant JOHN WALTER SCHUH drove a Jeep Liberty near the intersection of Thing Road and Humphries Road, California, with six undocumented aliens in the passenger compartment.

25. On or about March 21, 2006, defendant LORENZO PECORARO drove the Dodge Caravan that defendant MARISELA CASTRO-JUAREZ rented carrying five undocumented aliens in the passenger compartment.

26. On or about March 28, 2006, Ricardo Reyes (charged elsewhere) picked up two undocumented aliens at the McDonald's Restaurant, took them to his residence in San Diego, California, and contacted the aliens' sponsors, to arrange a meeting at the Denny's Restaurant in San Clemente, California, where the sponsors would pick up the aliens.

27. On or about March 29, 2006, Ricardo Reyes drove a Ford Explorer in tandem with a Infiniti J30 driven by Joshua Roman (charged elsewhere) toward the Interstate 5 Border Patrol Checkpoint in San Clemente, California.

28. On or about March 29, 2006, Ricardo Reyes drove the Ford
Explorer to the rest area located at mile marker 59, and
Joshua Roman drove the Infiniti through the San Clemente
checkpoint with the two undocumented aliens in the back
seat of the vehicle.

29. On or about March 29, 2006, Wesley Dean Hardesty drove a
Ford Aspire to the Interstate 8 Border Patrol checkpoint
carrying an undocumented alien concealed on the floorboard
in the rear of the car.

30. On or about April 13, 2006, defendant RANDAL MARK PANTER
drove an Infiniti G20T from Mexico into the United States
at the San Ysidro, California, Port of Entry carrying three
undocumented aliens concealed in the trunk.

31. On or about June 16, 2006, Yesenia Garcia-Reyna drove a
Chrysler PT Cruiser to the State Route 94 Border Patrol
checkpoint carrying two undocumented aliens concealed in
the trunk and one undocumented alien concealed under a
blanket.

32. On or about July 16, 2006, defendant RANDAL MARK PANTER
drove and Wesley Dean Hardesty rode as a passenger in a
Dodge Neon to the Old Highway 80 Border Patrol checkpoint
near Pine Valley, California carrying two undocumented
aliens concealed in the trunk and one undocumented alien
concealed under a sign behind the rear seat.

33. On or about August 2, 2006, defendant MARISELA CASTRO-
JUAREZ, drove a Nissan Altima to a meeting with defendant
RANDAL MARK PANTER.

34. On or about August 2, 2006, defendant RANDAL MARK PANTER drove a rented Chrysler 300M to a "Kragen Auto Parts" store, returned home to his residence where he installed coil boosters on the suspension of the Chrysler 300M.

35. On or about August 2, 2006, defendant RANDAL MARK PANTER and Patricia Prohl (not charged herein) drove the rented Chrysler 300M to the Old Highway 80 Border Patrol Checkpoint carrying three undocumented aliens concealed in the trunk.

36. On or about August 10, 2006, Yesenia Garcia-Reyna drove and Lizbeth Flores rode as a passenger in a Ford Escort to the State Route 94 Border Patrol checkpoint near Jamul, California carrying two undocumented aliens concealed in the passenger compartment.

37. On or about August 14, 2006, defendant RANDAL MARK PANTER drove defendant MARISELA CASTRO-JUAREZ's white Nissan Altima, along Old Highway 80, three undocumented aliens concealed in the trunk.

38. On or about September 24, 2006, Wesley Dean Hardesty drove a Dodge Stratus to the State Route 94 Border Patrol Checkpoint carrying three undocumented aliens concealed in the trunk.

39. On or about October 25, 2006, defendant DAVID MONTES drove a Honda Accord to the Interstate 8 Border Patrol Checkpoint near Pine Valley, California, carrying two undocumented aliens concealed in the trunk.

40. On or about January 25, 2007, Wesley Dean Hardesty drove a Toyota Camry to the State Route 94 Border Patrol Checkpoint carrying two undocumented aliens concealed in the trunk.

41. On or about February 15, 2007, defendant JOSE PARADA-VELAZQUEZ exited his residence in Chula Vista, California, and drove a Honda Accord to a gas station, wiped down the trunk of the car, vacuumed the inside, and then drove to Melrose Avenue in Chula Vista.

42. On or about February 15, 2007, defendant MARISELA CASTRO-JUAREZ drove and defendant RANDAL MARK PANTER rode as a passenger in a Toyota Sienna, rented by defendant MARISELA CASTRO-JUAREZ, to Melrose Avenue and stopped next to the Honda Accord occupied by defendant JOSE PARADA-VELAZQUEZ.

43. On or about February 15, 2007, defendant JOSE PARADA-VELAZQUEZ exited the Honda Accord and delivered set of keys to defendant RANDAL MARK PANTER.

44. On or about February 15, 2007, defendant MARISELA CASTRO-JUAREZ drove and defendant JOSE PARADA-VELAZQUEZ rode as a passenger in a Toyota Sienna away from the meeting at Melrose Avenue.

45. On or about February 15, 2007, defendant RANDAL MARK PANTER drove the Honda Accord to the State Route 94 Border Patrol Checkpoint carrying three undocumented aliens concealed in the trunk.

46. On or about March 9, 2007, defendant DAVID MONTES drove and defendant MARISELA CASTRO-JUAREZ rode as a passenger in a Chrysler Sebring, that was rented by defendant MARISELA

1      CASTRO-JUAREZ, on East Palomar Street in Chula Vista,
2      California.

3    47.    On or about March 10, 2007, defendant DAVID MONTES drove
4           the Chrysler Sebring to the State Route 94 Border Patrol
5           Checkpoint near Dulzura, California, carrying two
6           undocumented aliens in the passenger compartment.

7    48.    On or about August 1, 2007, defendant JOHN WALTER SCHUH
8           drove a Chevy Malibu to the Interstate 8 United States
9           Border Patrol Checkpoint carrying two undocumented aliens
10          concealed in the trunk of the vehicle.

11    49.    On or about January 25, 2008, defendant MARISA MELENA
12          MAFNAS drove a Honda Accord to the Interstate 8 United
13          States Border Patrol Checkpoint carrying two undocumented
14          aliens concealed in the trunk of the vehicle.

15 All in violation of Title 18, United States Code, Section 371.

16 <center>Count 2</center>

17      On or about January 9, 2004, within the Southern District of
18 California, defendants MARISELA CASTRO-JUAREZ and LORENZO PECORARO,
19 with the intent to violate the immigration laws of the United States,
20 knowing and in reckless disregard of the fact that an alien, namely,
21 Luisa Cortes-Matias, had not received prior official authorization to
22 come to, enter and reside in the United States, did bring to and
23 attempt to bring to the United States said alien for the purpose of
24 commercial advantage and private financial gain; in violation of
25 Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,
26 United States Code, Section 2.

27 //

28 //

<center>11</center>

<div align="center">Count 3</div>

On or about March 25, 2004, within the Southern District of California, defendants MARISELA CASTRO-JUAREZ and JOHN WALTER SCHUH, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Arturo Ruiz-Davalos, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

<div align="center">Count 4</div>

On or about March 25, 2004, within the Southern District of California, defendants MARISELA CASTRO-JUAREZ and JOHN WALTER SCHUH, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rocio Lopez-Sevillo, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

<div align="center">Count 5</div>

On or about March 25, 2004, within the Southern District of California, defendants MARISELA CASTRO-JUAREZ and JOHN WALTER SCHUH, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Cesar Torres-Perez, had not received prior official authorization to

come to, enter and reside in the United States, did bring to and
attempt to bring to the United States said alien for the purpose of
commercial advantage and private financial gain; in violation of
Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,
United States Code, Section 2.

<div align="center">Count 6</div>

On or about May 7, 2004, within the Southern District of
California, defendants MARISELA CASTRO-JUAREZ and LORENZO PECORARO,
with the intent to violate the immigration laws of the United States,
knowing and in reckless disregard of the fact that an alien, namely,
Maria Salas-Carrillo, had not received prior official authorization
to come to, enter and reside in the United States, did bring to and
attempt to bring to the United States said alien for the purpose of
commercial advantage and private financial gain; in violation of
Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,
United States Code, Section 2.

<div align="center">Count 7</div>

On or about May 7, 2004, within the Southern District of
California, defendants MARISELA CASTRO-JUAREZ and LORENZO PECORARO,
with the intent to violate the immigration laws of the United States,
knowing and in reckless disregard of the fact that an alien, namely,
Alicia Santiago, had not received prior official authorization to come
to, enter and reside in the United States, did bring to and attempt
to bring to the United States said alien for the purpose of commercial
advantage and private financial gain; in violation of Title 8, United
States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States
Code, Section 2.

//

<div align="center">13</div>

<center>Count 8</center>

On or about May 7, 2004, within the Southern District of California, defendants MARISELA CASTRO-JUAREZ and LORENZO PECORARO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Eduardo Reyes, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

<center>Count 9</center>

On or about September 14, 2005, within the Southern District of California, defendants MARISELA CASTRO-JUAREZ and MARISA MELENA MAFNAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carla Chavarin-Carmona, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

<center>Count 10</center>

On or about September 16, 2005, within the Southern District of California, defendant MARISELA CASTRO-JUAREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marta Munoz-Josefina, had not received prior official authorization to come to,

<center>14</center>

1 enter and reside in the United States, did bring to and attempt to
2 bring to the United States said alien for the purpose of commercial
3 advantage and private financial gain; in violation of Title 8, United
4 States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States
5 Code, Section 2.

<center>Count 11</center>

7   On or about October 3, 2005, within the Southern District of
8 California, defendant MARISELA CASTRO-JUAREZ, with the intent to
9 violate the immigration laws of the United States, knowing and in
10 reckless disregard of the fact that an alien, namely, Evangelina
11 Alfaro-Garcia, had not received prior official authorization to come
12 to, enter and reside in the United States, did bring to and attempt
13 to bring to the United States said alien for the purpose of commercial
14 advantage and private financial gain; in violation of Title 8, United
15 States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States
16 Code, Section 2.

<center>Count 12</center>

18   On or about October 5, 2005, within the Southern District of
19 California, defendant MARISELA CASTRO-JUAREZ, with the intent to
20 violate the immigration laws of the United States, knowing and in
21 reckless disregard of the fact that an alien, namely, Maribel Rios-
22 Murrillo, had not received prior official authorization to come to,
23 enter and reside in the United States, did bring to and attempt to
24 bring to the United States said alien for the purpose of commercial
25 advantage and private financial gain; in violation of Title 8, United
26 States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States
27 Code, Section 2.
28 //

<center>15</center>

1

<div align="center">Count 13</div>

2     On or about November 6, 2005, within the Southern District of
3 California, defendants MARISELA CASTRO-JUAREZ and JOHN WALTER SCHUH,
4 with the intent to violate the immigration laws of the United States,
5 knowing and in reckless disregard of the fact that an alien, namely,
6 Guillermina Contreras-Calderon, had not received prior official
7 authorization to come to, enter and reside in the United States, did
8 bring to and attempt to bring to the United States said alien for the
9 purpose of commercial advantage and private financial gain; in
10 violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii),
11 and Title 18, United States Code, Section 2.

12

<div align="center">Count 14</div>

13     On or about November 6, 2005, within the Southern District of
14 California, defendants MARISELA CASTRO-JUAREZ and JOHN WALTER SCHUH,
15 with the intent to violate the immigration laws of the United States,
16 knowing and in reckless disregard of the fact that an alien, namely,
17 Dora Nely Beltran-Frias, had not received prior official authorization
18 to come to, enter and reside in the United States, did bring to and
19 attempt to bring to the United States said alien for the purpose of
20 commercial advantage and private financial gain; in violation of
21 Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,
22 United States Code, Section 2.

23

<div align="center">Count 15</div>

24     On or about November 6, 2005, within the Southern District of
25 California, defendants MARISELA CASTRO-JUAREZ and JOHN WALTER SCHUH,
26 with the intent to violate the immigration laws of the United States,
27 knowing and in reckless disregard of the fact that an alien, namely,
28 Erika Vanessa Hernandez-Ramos, had not received prior official

<div align="center">16</div>

1 authorization to come to, enter and reside in the United States, did
2 bring to and attempt to bring to the United States said alien for the
3 purpose of commercial advantage and private financial gain; in
4 violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii),
5 and Title 18, United States Code, Section 2.

6                              Count 16

7      On or about November 6, 2005, within the Southern District of
8 California, defendants MARISELA CASTRO-JUAREZ and JOHN WALTER SCHUH,
9 with the intent to violate the immigration laws of the United States,
10 knowing and in reckless disregard of the fact that an alien, namely,
11 Jesus Millan-Hernandez, had not received prior official authorization
12 to come to, enter and reside in the United States, did bring to and
13 attempt to bring to the United States said alien for the purpose of
14 commercial advantage and private financial gain; in violation of
15 Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,
16 United States Code, Section 2.

17                              Count 17

18      On or about November 6, 2005, within the Southern District of
19 California, defendants MARISELA CASTRO-JUAREZ and JULIE HERNANDEZ,
20 with the intent to violate the immigration laws of the United States,
21 knowing and in reckless disregard of the fact that an alien, namely,
22 Sergio Hernandez-Mares, had not received prior official authorization
23 to come to, enter and reside in the United States, did bring to and
24 attempt to bring to the United States said alien for the purpose of
25 commercial advantage and private financial gain; in violation of
26 Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,
27 United States Code, Section 2.
28 //

Count 18

On or about November 12, 2005, within the Southern District of California, defendants MARISELA CASTRO-JUAREZ and JULIE HERNANDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rosalia Rodriguez-Rodriguez, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 19

On or about November 22, 2005, within the Southern District of California, defendant MARISELA CASTRO-JUAREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Isabel Portillo-Aguilar, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 20

On or about December 13, 2005, within the Southern District of California, defendants MARISELA CASTRO-JUAREZ and JULIE HERNANDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Francisco Zaragoza-Basulto, had not received prior official

18

1  authorization to come to, enter and reside in the United States, did

2  bring to and attempt to bring to the United States said alien for the

3  purpose of commercial advantage and private financial gain; in

4  violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii),

5  and Title 18, United States Code, Section 2.

6                                Count 21

7       On or about January 5, 2006, within the Southern District of

8  California, defendant MARISELA CASTRO-JUAREZ, with the intent to

9  violate the immigration laws of the United States, knowing and in

10 reckless disregard of the fact that an alien, namely, Jaime Lopez-

11 Hernandez, had not received prior official authorization to come to,

12 enter and reside in the United States, did bring to and attempt to

13 bring to the United States said alien for the purpose of commercial

14 advantage and private financial gain; in violation of Title 8, United

15 States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States

16 Code, Section 2.

17                               Count 22

18      On or about January 10, 2006, within the Southern District of

19 California, defendant MARISELA CASTRO-JUAREZ, with the intent to

20 violate the immigration laws of the United States, knowing and in

21 reckless disregard of the fact that an alien, namely, David Gonzalo

22 Noriegaj-Velazquez, had not received prior official authorization to

23 come to, enter and reside in the United States, did bring to and

24 attempt to bring to the United States said alien for the purpose of

25 commercial advantage and private financial gain; in violation of

26 Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,

27 United States Code, Section 2.

28 //

                                   19

Count 23

On or about January 17, 2006, within the Southern District of California, defendant MARISELA CASTRO-JUAREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Sandoval-Franco, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 24

On or about January 31, 2006, within the Southern District of California, defendant MARISELA CASTRO-JUAREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Araceli Alonso-Andres, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 25

On or about February 1, 2006, within the Southern District of California, defendant MARISELA CASTRO-JUAREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Artemio Hernandez-Hernandez, had not received prior official authorization to

1 | come to, enter and reside in the United States, did bring to and
2 | attempt to bring to the United States said alien for the purpose of
3 | commercial advantage and private financial gain; in violation of
4 | Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,
5 | United States Code, Section 2.

6 | <div align="center">Count 26</div>

7 | On or about March 12, 2006, within the Southern District of
8 | California, defendants MARISELA CASTRO-JUAREZ and JOHN WALTER SCHUH,
9 | with the intent to violate the immigration laws of the United States,
10 | knowing and in reckless disregard of the fact that an alien, namely,
11 | Leticia Casillas Sasillas, had come to, entered and remained in the
12 | United States in violation of law, did transport and move and attempt
13 | to transport and move said alien within the United States in
14 | furtherance of such violation of law; in violation of Title 8, United
15 | States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

16 | <div align="center">Count 27</div>

17 | On or about March 12, 2006, within the Southern District of
18 | California, defendants MARISELA CASTRO-JUAREZ and JOHN WALTER SCHUH,
19 | with the intent to violate the immigration laws of the United States,
20 | knowing and in reckless disregard of the fact that an alien, namely,
21 | Diego Gonzalez-Rojas, had come to, entered and remained in the United
22 | States in violation of law, did transport and move and attempt to
23 | transport and move said alien within the United States in furtherance
24 | of such violation of law; in violation of Title 8, United States Code,
25 | Sections 1324(a)(1)(A)(ii) and (v)(II).
26 | //
27 | //
28 | //

Count 28

On or about March 21, 2006, within the Southern District of California, defendants MARISELA CASTRO-JUAREZ and LORENZO PECORARO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Arecelia Barroso-Duran, had come to, entered and remained in the United States in violation of law, did transport and move and attempt to transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 29

On or about March 21, 2006, within the Southern District of California, defendants MARISELA CASTRO-JUAREZ and LORENZO PECORARO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Elena Flores-Cruz, had come to, entered and remained in the United States in violation of law, did transport and move and attempt to transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 30

On or about April 13, 2006, within the Southern District of California, defendants MARISELA CASTRO-JUAREZ and RANDAL MARK PANTER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Manuel Cruz-Cruz, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of

1    commercial advantage and private financial gain; in violation of
2    Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,
3    United States Code, Section 2.

4                              Count 31

5        On or about April 13, 2006, within the Southern District of
6    California, defendants MARISELA CASTRO-JUAREZ and RANDAL MARK PANTER,
7    with the intent to violate the immigration laws of the United States,
8    knowing and in reckless disregard of the fact that an alien, namely,
9    Gabriel Zapata-Cruz, had not received prior official authorization to
10   come to, enter and reside in the United States, did bring to and
11   attempt to bring to the United States said alien for the purpose of
12   commercial advantage and private financial gain; in violation of
13   Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,
14   United States Code, Section 2.

15                             Count 32

16       On or about April 13, 2006, within the Southern District of
17   California, defendants MARISELA CASTRO-JUAREZ and RANDAL MARK PANTER,
18   with the intent to violate the immigration laws of the United States,
19   knowing and in reckless disregard of the fact that an alien, namely,
20   Marcial Santiago-Cruz, had not received prior official authorization
21   to come to, enter and reside in the United States, did bring to and
22   attempt to bring to the United States said alien for the purpose of
23   commercial advantage and private financial gain; in violation of
24   Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,
25   United States Code, Section 2.
26   //
27   //
28   //

                                23

1

<div align="center">Count 33</div>

2  On or about July 16, 2006, within the Southern District of
3  California, defendants MARISELA CASTRO-JUAREZ and RANDAL MARK PANTER,
4  with the intent to violate the immigration laws of the United States,
5  knowing and in reckless disregard of the fact that an alien, namely,
6  Jaime Almanza-Tinoco, had come to, entered and remained in the United
7  States in violation of law, did transport and move and attempt to
8  transport and move said alien within the United States in furtherance
9  of such violation of law; in violation of Title 8, United States Code,
10  Sections 1324(a)(1)(A)(ii) and (v)(II).

11

<div align="center">Count 34</div>

12  On or about July 16, 2006, within the Southern District of
13  California, defendants MARISELA CASTRO-JUAREZ and RANDAL MARK PANTER,
14  with the intent to violate the immigration laws of the United States,
15  knowing and in reckless disregard of the fact that an alien, namely,
16  Sergio Aurelio Aguirre-Tinoco, had come to, entered and remained in
17  the United States in violation of law, did transport and move and
18  attempt to transport and move said alien within the United States in
19  furtherance of such violation of law; in violation of Title 8, United
20  States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

21

<div align="center">Count 35</div>

22  On or about July 16, 2006, within the Southern District of
23  California, defendants MARISELA CASTRO-JUAREZ and RANDAL MARK PANTER,
24  with the intent to violate the immigration laws of the United States,
25  knowing and in reckless disregard of the fact that an alien, namely,
26  Juan Sanchez-Cortez, had come to, entered and remained in the United
27  States in violation of law, did transport and move and attempt to
28  transport and move said alien within the United States in furtherance

<div align="center">24</div>

1  of such violation of law; in violation of Title 8, United States Code,
2  Sections 1324(a)(1)(A)(ii) and (v)(II).

3                              Count 36

4      On or about August 2, 2006, within the Southern District of
5  California, defendants MARISELA CASTRO-JUAREZ and RANDAL MARK PANTER,
6  with the intent to violate the immigration laws of the United States,
7  knowing and in reckless disregard of the fact that an alien, namely,
8  Lorenzo Castillo-Mendez, had come to, entered and remained in the
9  United States in violation of law, did transport and move and attempt
10 to transport and move said alien within the United States in
11 furtherance of such violation of law; in violation of Title 8, United
12 States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

13                             Count 37

14     On or about August 2, 2006, within the Southern District of
15 California, defendants MARISELA CASTRO-JUAREZ and RANDAL MARK PANTER,
16 with the intent to violate the immigration laws of the United States,
17 knowing and in reckless disregard of the fact that an alien, namely,
18 Alfredo Herrera-Hernandez, had come to, entered and remained in the
19 United States in violation of law, did transport and move and attempt
20 to transport and move said alien within the United States in
21 furtherance of such violation of law; in violation of Title 8, United
22 States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

23                             Count 38

24     On or about August 2, 2006, within the Southern District of
25 California, defendants MARISELA CASTRO-JUAREZ and RANDAL MARK PANTER,
26 with the intent to violate the immigration laws of the United States,
27 knowing and in reckless disregard of the fact that an alien, namely,
28 Martin Castillo-Mendez, had come to, entered and remained in the

1  United States in violation of law, did transport and move and attempt
2  to transport and move said alien within the United States in
3  furtherance of such violation of law; in violation of Title 8, United
4  States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<center>Count 39</center>

6  On or about August 14, 2006, within the Southern District of
7  California, defendants MARISELA CASTRO-JUAREZ and RANDAL MARK PANTER,
8  with the intent to violate the immigration laws of the United States,
9  knowing and in reckless disregard of the fact that an alien, namely,
10  Yesica Villa-Garcia, had come to, entered and remained in the United
11  States in violation of law, did transport and move and attempt to
12  transport and move said alien within the United States in furtherance
13  of such violation of law; in violation of Title 8, United States Code,
14  Sections 1324(a)(1)(A)(ii) and (v)(II).

<center>Count 40</center>

16  On or about August 14, 2006, within the Southern District of
17  California, defendants MARISELA CASTRO-JUAREZ and RANDAL MARK PANTER,
18  with the intent to violate the immigration laws of the United States,
19  knowing and in reckless disregard of the fact that an alien, namely,
20  Daniel Mentencur-Alvarado, had come to, entered and remained in the
21  United States in violation of law, did transport and move and attempt
22  to transport and move said alien within the United States in
23  furtherance of such violation of law; in violation of Title 8, United
24  States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<center>Count 41</center>

26  On or about August 14, 2006, within the Southern District of
27  California, defendants MARISELA CASTRO-JUAREZ and RANDAL MARK PANTER,
28  with the intent to violate the immigration laws of the United States,

<center>26</center>

1 knowing and in reckless disregard of the fact that an alien, namely,
2 Vicente Villa-Marin, had come to, entered and remained in the United
3 States in violation of law, did transport and move and attempt to
4 transport and move said alien within the United States in furtherance
5 of such violation of law; in violation of Title 8, United States Code,
6 Sections 1324(a)(1)(A)(ii) and (v)(II).

7                                    Count 42

8        On or about October 25, 2006, within the Southern District of
9 California, defendants MARISELA CASTRO-JUAREZ and DAVID MONTES, with
10 the intent to violate the immigration laws of the United States,
11 knowing and in reckless disregard of the fact that an alien, namely,
12 Jesus Bravo-Rascon, had come to, entered and remained in the United
13 States in violation of law, did transport and move and attempt to
14 transport and move said alien within the United States in furtherance
15 of such violation of law; in violation of Title 8, United States Code,
16 Sections 1324(a)(1)(A)(ii) and (v)(II).

17                                    Count 43

18        On or about October 25, 2006, within the Southern District of
19 California, defendants MARISELA CASTRO-JUAREZ and DAVID MONTES, with
20 the intent to violate the immigration laws of the United States,
21 knowing and in reckless disregard of the fact that an alien, namely,
22 Eric Arnoldo Meza-Rodriguez, had come to, entered and remained in the
23 United States in violation of law, did transport and move and attempt
24 to transport and move said alien within the United States in
25 furtherance of such violation of law; in violation of Title 8, United
26 States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).
27 //
28 //

                                        27

1

<div align="center">Count 44</div>

2  On or about February 15, 2007, within the Southern District of
3  California, defendants MARISELA CASTRO-JUAREZ, RANDAL MARK PANTER and
4  JOSE PARADA-VELAZQUEZ, with the intent to violate the immigration laws
5  of the United States, knowing and in reckless disregard of the fact
6  that an alien, namely, Jorge Hernandez-Benitez, had come to, entered
7  and remained in the United States in violation of law, did transport
8  and move and attempt to transport and move said alien within the
9  United States in furtherance of such violation of law; in violation
10 of  Title  8,  United  States  Code,  Sections  1324(a)(1)(A)(ii)
11 and (v)(II).

12

<div align="center">Count 45</div>

13 On or about February 15, 2007, within the Southern District of
14 California, defendants MARISELA CASTRO-JUAREZ, RANDAL MARK PANTER and
15 JOSE PARADA-VELAZQUEZ, with the intent to violate the immigration laws
16 of the United States, knowing and in reckless disregard of the fact
17 that an alien, namely, Maria Oseguera-Oseguera, had come to, entered
18 and remained in the United States in violation of law, did transport
19 and move and attempt to transport and move said alien within the
20 United States in furtherance of such violation of law; in violation
21 of  Title  8,  United  States  Code,  Sections  1324(a)(1)(A)(ii)
22 and (v)(II).

23

<div align="center">Count 46</div>

24 On or about February 15, 2007, within the Southern District of
25 California, defendants MARISELA CASTRO-JUAREZ, RANDAL MARK PANTER and
26 JOSE PARADA-VELAZQUEZ, with the intent to violate the immigration laws
27 of the United States, knowing and in reckless disregard of the fact
28 that an alien, namely, Juli Montes-Garcia, had come to, entered and

<div align="center">28</div>

1  remained in the United States in violation of law, did transport and
2  move and attempt to transport and move said alien within the United
3  States in furtherance of such violation of law; in violation of
4  Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

5                              Count 47

6      On or about March 10, 2007, within the Southern District of
7  California, defendants MARISELA CASTRO-JUAREZ and DAVID MONTES, with
8  the intent to violate the immigration laws of the United States,
9  knowing and in reckless disregard of the fact that an alien, namely,
10 Leonardo Perez-Cortez, had come to, entered and remained in the United
11 States in violation of law, did transport and move and attempt to
12 transport and move said alien within the United States in furtherance
13 of such violation of law; in violation of Title 8, United States Code,
14 Sections 1324(a)(1)(A)(ii) and (v)(II).

15                             Count 48

16     On or about March 10, 2007, within the Southern District of
17 California, defendants MARISELA CASTRO-JUAREZ and DAVID MONTES, with
18 the intent to violate the immigration laws of the United States,
19 knowing and in reckless disregard of the fact that an alien, namely,
20 Erendia Lopez-Cruz, had come to, entered and remained in the United
21 States in violation of law, did transport and move and attempt to
22 transport and move said alien within the United States in furtherance
23 of such violation of law; in violation of Title 8, United States Code,
24 Sections 1324(a)(1)(A)(ii) and (v)(II).

25                             Count 49

26     On or about August 1, 2007, within the Southern District of
27 California, defendants MARISELA CASTRO-JUAREZ and JOHN WALTER SCHUH,
28 with the intent to violate the immigration laws of the United States,

1  knowing and in reckless disregard of the fact that an alien, namely,
2  Elizabeth Zamora-Perez, had come to, entered and remained in the
3  United States in violation of law, did transport and move and attempt
4  to transport and move said alien within the United States in
5  furtherance of such violation of law; in violation of Title 8, United
6  States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<p style="text-align:center">Count 50</p>

8      On or about August 1, 2007, within the Southern District of
9  California, defendants MARISELA CASTRO-JUAREZ and JOHN WALTER SCHUH,
10  with the intent to violate the immigration laws of the United States,
11  knowing and in reckless disregard of the fact that an alien, namely,
12  Pedro Ruiz-Silva, had come to, entered and remained in the United
13  States in violation of law, did transport and move and attempt to
14  transport and move said alien within the United States in furtherance
15  of such violation of law; in violation of Title 8, United States Code,
16  Sections 1324(a)(1)(A)(ii) and (v)(II).

<p style="text-align:center">Count 51</p>

18      On or about January 25, 2008 within the Southern District of
19  California, defendants MARISELA CASTRO-JUAREZ and MARISA MELENA
20  MAFNAS, with the intent to violate the immigration laws of the United
21  States, knowing and in reckless disregard of the fact that an alien,
22  namely, Teresa Hernandez Samano, had come to, entered and remained in
23  the United States in violation of law, did transport and move and
24  attempt to transport and move said alien within the United States in
25  furtherance of such violation of law; in violation of Title 8, United
26  States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).
27  //
28  //

<p style="text-align:center">30</p>

1

<div align="center">Count 52</div>

2    On or about January 25, 2008 within the Southern District of

3  California, defendants MARISELA CASTRO-JUAREZ and MARISA MELENA

4  MAFNAS, with the intent to violate the immigration laws of the United

5  States, knowing and in reckless disregard of the fact that an alien,

6  namely, Jose Hernandez Samano, had come to, entered and remained in

7  the United States in violation of law, did transport and move and

8  attempt to transport and move said alien within the United States in

9  furtherance of such violation of law; in violation of Title 8, United

10  States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

11

<div align="center">Count 53

(Engaging in Monetary Transactions in Property
Derived from Specified Unlawful Activity)</div>

12

13

14    On or about August 28, 2003, within the Southern District of

15  California, defendant MARISELA CASTRO-JUAREZ, did knowingly engage and

16  attempt to engage in a monetary transaction by, through, or to a

17  financial institution, affecting interstate and foreign commerce, in

18  criminally derived property of a value greater than $10,000, that is

19  the deposit of funds in the amount of a $44,300 cashier's check number

20  2015371513, payable to defendant MARISELA CASTRO-JUAREZ, into Bank of

21  America account no. xxxxxx7755, such property having been derived from

22  a specified unlawful activity, that is a violation of Title 8, United

23  States Code, Section 1324(a) (bringing in, transporting, or harboring

24  illegal aliens, or conspiracy to commit such offense); in violation

25  of Title 18, United States Code, Section 1957, and Section 2.

26  //

27  //

28  //

<div align="center">31</div>

1

<u>Count 54</u>

(Engaging in Monetary Transactions in Property
Derived from Specified Unlawful Activity)

On or about January 16, 2004, within the Southern District of California, defendant MARISELA CASTRO-JUAREZ, did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is the transfer of funds in the amount of a $49,336.75 from Bank of America account no. xxxxxx7755, to Bank of America Certificate of Deposit account no. xxxxxx1738, such property having been derived from a specified unlawful activity, that is a violation of Title 8, United States Code, Section 1324(a) (bringing in, transporting, or harboring illegal aliens, or conspiracy to commit such offense); in violation of Title 18, United States Code, Section 1957, and Section 2.

<u>Count 55</u>

(Engaging in Monetary Transactions in Property
Derived from Specified Unlawful Activity)

On or about May 20, 2004, within the Southern District of California, defendant MARISELA CASTRO-JUAREZ, did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is the transfer of funds in the amount of $100,000 from Bank of America Certificate of Deposit account no. xxxxxx1738 to Bank of America cashier's check number 2017177949, payable to McMillin Escrow, such property having been derived from a specified unlawful activity, that is a violation of Title 8, United States Code, Section 1324(a)

32

1 (bringing in, transporting, or harboring illegal aliens, or conspiracy

2 to commit such offense); in violation of Title 18, United States Code,

3 Section 1957, and Section 2.

4                                    Count 56

5                   (Engaging in Monetary Transactions in Property
                      Derived from Specified Unlawful Activity)
6

7     On or about May 20, 2004, within the Southern District of

8 California, defendant MARISELA CASTRO-JUAREZ, did knowingly engage and

9 attempt to engage in a monetary transaction by, through, or to a

10 financial institution, affecting interstate and foreign commerce, in

11 criminally derived property of a value greater than $10,000, that is

12 the payment of a $20,000 Bank of America cashier's check

13 number 2017177948 to McMillin Escrow, such property having been

14 derived from a specified unlawful activity, that is a violation of

15 Title 8, United States Code, Section 1324(a) (bringing in,

16 transporting, or harboring illegal aliens, or conspiracy to commit

17 such offense); in violation of Title 18, United States Code,

18 Section 1957, and Section 2.

19                                    Count 57

20                   (Engaging in Monetary Transactions in Property
                      Derived from Specified Unlawful Activity)
21

22     On or about July 19, 2004, within the Southern District of

23 California, defendant MARISELA CASTRO-JUAREZ, did knowingly engage and

24 attempt to engage in a monetary transaction by, through, or to a

25 financial institution, affecting interstate and foreign commerce, in

26 criminally derived property of a value greater than $10,000, that is

27 the deposit of funds in the amount of $16,000 into Bank of America

28 account no. xxxxxx7755, such property having been derived from a

specified unlawful activity, that is a violation of Title 8, United States Code, Section 1324(a) (bringing in, transporting, or harboring illegal aliens, or conspiracy to commit such offense); in violation of Title 18, United States Code, Section 1957, and Section 2.

### Count 58

(Engaging in Monetary Transactions in Property
Derived from Specified Unlawful Activity)

On or about July 12, 2006, within the Southern District of California, defendant MARISELA CASTRO-JUAREZ, did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is the withdrawal of funds in the amount of $10,500 from Bank of America account no. xxxxxx7755, such property having been derived from a specified unlawful activity, that is a violation of Title 8, United States Code, Section 1324(a) (bringing in, transporting, or harboring illegal aliens, or conspiracy to commit such offense); in violation of Title 18, United States Code, Section 1957, and Section 2.

### Counts 59-77

(Laundering of Monetary Instruments)

On or about the dates listed in the chart below, within the Southern District of California, defendant MARISELA CASTRO-JUAREZ, did knowingly conduct and attempt to conduct the financial transactions listed in the chart below, affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is a violation of Title 8, United States Code, Section 1324(a) (bringing in, transporting, or harboring illegal aliens, or conspiracy to commit such offense), knowing that the transaction was designed in whole and

in part to avoid a transaction reporting requirement under Federal
law, and that while conducting and attempting to conduct such
financial transactions knew that the property involved in the
financial transactions, that is funds in the amounts listed in the
chart below, represented the proceeds of some form of unlawful
activity:

| COUNT | DATE | TRANSACTION |
|---|---|---|
| 59 | 5/21/2003 | Deposit of $9,950 cash into Bank of America account no. xxxxxx7755. |
| 60 | 9/23/2003 | Withdrawal of $5,000 cash from Bank of America account no. xxxxxx7755. |
| 61 | 9/24/2003 | Withdrawal of $9,000 cash from Bank of America account no. xxxxxx7755. |
| 62 | 11/24/2003 | Withdrawal of $9,500 cash from Bank of America account no. xxxxxx7755. |
| 63 | 3/15/2004 | Deposit of $9,900 cash into Bank of America account no. xxxxxx7755. |
| 64 | 4/7/2004 | Deposit of $9,900 cash into Bank of America account no. xxxxxx7755. |
| 65 | 7/30/2004 | Deposit of $9,900 cash into Bank of America account no. xxxxxx7755. |
| 66 | 1/13/2005 | Deposit of $9,000 cash into Bank of America account no. xxxxxx7755. |
| 67 | 1/18/2005 | Deposit of $1,900 cash into Bank of America account no. xxxxxx7755. |
| 68 | 2/14/2005 | Deposit of $9,950 cash into Bank of America account no. xxxxxx7755. |
| 69 | 2/24/2005 | Deposit of $4,000 cash into Bank of America account no. xxxxxx7755. |
| 70 | 11/3/2005 | Deposit of $4,500 cash into Bank of America account no. xxxxxx7755. |
| 71 | 11/7/2005 | Deposit of $6,500 cash into Bank of America account no. xxxxxx7755. |
| 72 | 11/29/2005 | Deposit of $7,500 cash into Bank of America account no. xxxxxx7755. |

| COUNT | DATE | TRANSACTION |
|---|---|---|
| 73 | 11/29/2005 | Deposit of $6,700 cash into Bank of America account no. xxxxxx7755. |
| 74 | 12/8/2005 | Deposit of $9,300 cash into Bank of America account no. xxxxxx7755. |
| 75 | 12/12/2005 | Deposit of $2,000 cash into Bank of America account no. xxxxxx7755. |
| 76 | 2/21/2006 | Deposit of $5,500 cash into Bank of America account no. xxxxxx7755. |
| 77 | 2/28/2006 | Deposit of $4,500 cash into Bank of America account no. xxxxxx7755. |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii), and Section 2.

## FORFEITURE ALLEGATIONS

1.    The allegations contained in Counts 1 through 52 of this Indictment are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982(a)(6).

2.    Upon conviction of one or more of the offenses alleged in Counts 1 through 52, which involve violations of Title 8, United States Code, Section 1324(a), and pursuant to Title 18, United States Code, Section 982(a)(6), defendants MARISELA CASTRO-JUAREZ; DAVID MONTES; JULIE HERNANDEZ; RANDAL MARK PANTER; MARISA MELENA MAFNAS; LORENZO PECORARO; JOSE PARADA-VELAZQUEZ; and JOHN WALTER SCHUH, shall forfeit to the United States all their rights, title and interest in the following: (a) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the defendant is convicted; (b) any property real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or

36

1  indirectly from the commission of the offense of which the defendant
2  is convicted; and (c) any property real or personal, that is used to
3  facilitate, and is intended to be used to facilitate, the commission
4  of the offense of which the defendant is convicted; this property
5  includes but is not limited to the following:

6        a.    A sum of money equal to, but not limited to, at least
7                 $598,775.00 in United States currency, representing
8                 the amount of proceeds obtained as a result of the
9                 violation of Title 8, United States Code,
10                Section 1324(a), for which defendants MARISELA CASTRO-
11                JUAREZ; DAVID MONTES; JULIE HERNANDEZ; RANDAL MARK
12                PANTER; MARISA MELENA MAFNAS; LORENZO PECORARO; JOSE
13                PARADA-VELAZQUEZ; and JOHN WALTER SCHUH are jointly
14                and severally liable.

15       b.    All that lot of parcel of land, together with its
16                buildings, appurtenances, improvements, fixtures,
17                attachments, and easements, located at 1514 Amador
18                Street, Chula Vista, California, more particularly
19                described as:

20                   **Lot 41 of Chula Vista Tract No. 96-04, Otay Ranch**
21                   **Village 1 Neighborhood R-8, according to map**
22                   **thereof no. 13761, filed in the Office of the**
23                   **County Recorder of San Diego County on April 16,**
24                   **1999 as instrument no. 99-257169 of official**
25                   **records.**

26    3    The allegations contained in Counts 53 through 77 are
27  realleged and by reference fully incorporated herein for the purpose
28  of alleging forfeiture to the United States of America.

1      4.   Upon conviction of the offenses alleged in Counts 53

2 through 77, defendant MARISELA CASTRO-JUAREZ shall forfeit to the

3 United States all property, real and personal, involved in said

4 offense and all property traceable to such property, including but not

5 limited to,    5.   If any of the forfeitable property described above

6 in Paragraphs 2 and 4, as a result of any act or omission of the

7 defendant –

8            (a)   cannot be located upon the exercise of due diligence;

9            (b)   has been transferred or sold to, or deposited with, a

10                  third party;

11            (c)   has been placed beyond the jurisdiction of the Court;

12            (d)   has been substantially diminished in value; or

13            (e)   has been commingled with other property which cannot

14                  be subdivided without difficulty;

15 it is the intent of the United States, pursuant to Title 18, United

16 States Code, Section 982(b), and Title 21, United States Code,

17 Section 853(p), to seek forfeiture of any other property of the

18 defendant up to the value of the forfeitable property described above

19 in Paragraph 2.

20 All pursuant to Title 18, United States Code, Section 982(a).

21      DATED: March 7, 2008.

22                                  A TRUE BILL:

23

24                                  Foreperson

25 KAREN P. HEWITT
United States Attorney

26

27 By:

      STEVE MILLER

28       Assistant U.S. Attorney