**SECRET** ~~SECRET~~ unsealed 3-13-08 ayn

2008 MAR -7 PM 12:56

KMH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0682 JLS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| MARISELA CASTRO-JUAREZ (1),<br>MARISA MELENA MAFNAS (2),<br>DAVID MONTES (3),<br>JULIE HERNANDEZ (4),<br>RANDAL MARK PANTER (5),<br>LORENZO PECORARO (6),<br>JOSE PARADA-VELAZQUEZ (7),<br>JOHN WALTER SCHUH (8), | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Marisa Melena Mafnas</u>, Criminal Case No. 08CR0306-JLS.

DATED: March 7, 2008.

KAREN P. HEWITT
United States Attorney

*Steve Miller*

STEVE MILLER
Assistant U.S. Attorney