# NOT FOR PUBLIC VIEW United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Jose Parada-Velazquez (7)

SECRET
unsealed 3-18-08 ayk

## WARRANT FOR ARREST

To: The United States Marshal
and any Authorized United States Officer

**CASE NUMBER:** 08cr0682 JLS

YOU ARE HEREBY COMMANDED to arrest    Jose Parada-Velazquez (7)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)   [ ] Pretrial Violation

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 - Criminal Forfeiture

In violation of Title    See Above    United States Code, Section(s)

W. Samuel Hamrick, Jr.    Clerk of the Court
Name of Issuing Officer    Title of Issuing Officer

A. Everill (SEAL)    March 7, 2008   San Diego, CA
Signature of Deputy    Date and Location

Bail fixed at $ _____    by    The Honorable Cathy A. Bencivengo
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |