AO 442

*FID No. 146326*

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Jose Parada-Velazquez (7)

FILED
08 MAR 26 PM 12:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: *(illegible)*
DEPUTY

## WARRANT FOR ARREST

*SECRET*

**CASE NUMBER:** 08cr0682 JLS

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Jose Parada-Velazquez (7)

                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

[ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 - Criminal Forfeiture

RECEIVED 2008 MAR -7 A 4:09 U.S. MARSHAL SOUTHERN DISTRICT OF CALIF.

In violation of Title          See Above          United States Code, Section(s)

W. Samuel Hamrick, Jr.

Name of Issuing Officer

*(signature)*

Signature of Deputy

Clerk of the Court

Title of Issuing Officer

March 7, 2008    San Diego, CA

Date and Location

Bail fixed at $ _____

by          The Honorable Cathy A. Bencivengo

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | DATE 3/12/08 |  |
| DATE OF ARREST | ARRESTED BY C. Johnson S/A-ICE | |

STEVEN C. STAFFORD
ACTING U.S. MARSHAL
BY *(signature)*

*CLASS II 'J'*                                                    0303

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

*SECRET*

UNITED STATES OF AMERICA

V.

Jose Parada-Velazquez (7)

**WARRANT FOR ARREST**

CASE NUMBER: 08cr0682 JLS

To:    The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest      Jose Parada-Velazquez (7)

*Name*

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

[ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 - Criminal Forfeiture

In violation of Title      See Above      United States Code, Section(s)

W. Samuel Hamrick, Jr.          Clerk of the Court
*Name of Issuing Officer*          *Title of Issuing Officer*

(SEAL)

A. Everill          March 7, 2008    San Diego, CA
*Signature of Deputy*          *Date and Location*

Bail fixed at $          by      The Honorable Cathy A. Bencivengo

*Name of Judicial Officer*

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at *33 Woodlawn Apt. C., Chula Vista, CA* | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER *Christopher A. Johnson Special Agent* | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST *3-12-08* | | |