GERALD T. McFADDEN (SBN 87446)
Attorney at Law
2366 Front Street
San Diego, CA  92101
(619) 338-0507
E-mail:  gtmfadden@hotmail.com

Attorney for Defendant
JOSE PARADA-VELAZQUEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>                     Plaintiff,          )<br>                                                            )<br>v.                                                        )<br>                                                            )<br>JOSE PARADA-VELAZQUEZ,         )<br>                                                            )<br>                     Defendant.      )<br>_____) | Crim. Case No. 08CR0682-07-JLS<br><br>NOTICE OF MOTIONS AND MOTIONS FOR DISCOVERY, FOR LEAVE TO FILE FURTHER MOTIONS AND A FURTHER HEARING DATE<br><br>NCD:  April 18, 2008<br>          at 1:30 p.m. |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY,
          STEVE MILLER, ASSISTANT UNITED STATES ATTORNEY

　　　　PLEASE TAKE NOTICE that on Friday, April 18, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the defendant, JOSE PARADA-VELAZQUEZ, through his appointed counsel, Gerald T. McFadden, will bring the following motions.

**MOTIONS**

　　　　The defendant, JOSE PARADA-VELAZQUEZ, by and through his appointed counsel, Gerald T. McFadden, and pursuant to the provisions of Rules 12 and 16 of the Federal Rules of Criminal Procedure and the Fourth, Fifth and Sixth Amendments to the United States' Constitution, hereby moves this Court: for discovery; for leave to file further pretrial motions and a further hearing date.

　　　　These motions are based upon the instant motions and notice of motions, the attached

1

1  statement of facts and points and authorities in support of these motions, and any and all matters that
2  may come to the Court's attention prior to or at the time of the hearing of these motions.
3                          Respectfully submitted,
4
5  Dated: April 2, 2008                        s/Gerald T. McFadden
                                          GERALD T. McFADDEN, Attorney for
6                                            Defendant JOSE PARADA-VELAZQUEZ
                                          E-mail: gtmcfadden@hotmail.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28