GERALD T. McFADDEN (SBN 87446)
Attorney at Law
2366 Front Street
San Diego, CA  92101
(619) 338-0507
E-mail:  gtmfadden@hotmail.com


Attorney for Defendant
JOSE PARADA-VELAZQUEZ




UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Crim. Case No. 08CR0682-07-JLS |
| ) | |
| Plaintiff,    ) | NOTICE OF MOTIONS AND MOTIONS |
| ) | TO SUPPRESS STATEMENTS, AND |
| v.    ) | FOR LEAVE TO FILE FURTHER PRETRIAL |
| ) | MOTIONS AND FURTHER HEARING DATE |
| JOSE PARADA-VELAZQUEZ,    ) | |
| ) | |
| Defendant.    ) | NCD:  June 13, 2008 |
| _____ ) | at 1:30 p.m. |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY,
         STEVE MILLER, ASSISTANT UNITED STATES ATTORNEY

        PLEASE TAKE NOTICE that on Friday, June 13, 2008, at 1:30 p.m., or as soon thereafter as

counsel may be heard, the defendant, JOSE PARADA-VELAZQUEZ, through his appointed

counsel, Gerald T. McFadden, will bring the following motions.

                                                      **MOTIONS**

        The defendant, JOSE PARADA-VELAZQUEZ, by and through his appointed counsel,

Gerald T. McFadden, and pursuant to the provisions of Rules 12 and 16 of the Federal Rules of

Criminal Procedure and the Fifth and Sixth Amendments to the United States' Constitution, hereby

moves this Court:  to suppress statements and, for leave to file further pretrial motions and a further

hearing date.

        These motions are based upon the instant motions and notice of motions, the attached

statement of facts and points and authorities in support of these motions, and any and all matters that may come to the Court's attention prior to or at the time of the hearing of these motions.

Respectfully submitted,

Dated: May 30, 2008                              s/Gerald T. McFadden
                                                 GERALD T. McFADDEN, Attorney for
                                                 Defendant JOSE PARADA-VELAZQUEZ
                                                 E-mail: gtmcfadden@hotmail.com