1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA  92101
3  (619) 338-0507
   E-mail:  gtmfadden@hotmail.com
4

5  Attorney for Defendant
   JOSE PARADA-VELAZQUEZ
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                (HON. JANIS L. SAMMARTINO)

11 UNITED STATES OF AMERICA,    )    Crim. Case No. 08CR0682-07-JLS
                                )
12              Plaintiff,      )    CERTIFICATE OF SERVICE
                                )
13 v.                           )
                                )
14 JOSE PARADA-VELAZQUEZ,       )
                                )
15              Defendant.      )    NCD:  June 13, 2008
   _____)          at 1:30 p.m.
16

17 IT IS HEREBY CERTIFIED THAT:

18      I, GERALD T. McFADDEN, am a citizen of the United States and am at least eighteen years
   of age.  My business address is 2366 Front Street, San Diego, California 92101.
19
        I am not a party to the above-entitled action.  I have caused service of the NOTICE OF
20 MOTIONS AND MOTIONS TO SUPPRESS STATEMENTS, AND FOR LEAVE TO FILE
   FURTHER PRETRIAL MOTIONS AND FURTHER HEARING DATE; STATEMENT OF
21 FACTS AND POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS, DECLARATIONS
   and CERTIFICATE OF SERVICE on the following parties by electronically filing the foregoing
22 with the Clerk of the District Court using its ECF System, which electronically notifies them.

23      1.    Assistant United States Attorney STEVE MILLER.

24      I declare under penalty of perjury that the foregoing is true and correct.

25      Executed on May 30, 2008

26                                        s/Gerald T. McFadden
                                          GERALD T. McFADDEN, Attorney for
27                                        Defendant JOSE PARADA-VELAZQUEZ
                                          E-mail: gtmcfadden@hotmail.com
28